Cynthia S. Arato (State Bar No. 156856)
MANATT, PHELPS & PHILLIPS, LLP
500 Fifth Avenue, 38th Floor
New York, New York 10110
(212) 382-0200 Telephone
(212) 302-4371 Facsimile
   and
Beverly Frank (State Bar No. 230044)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064
(310) 312-4000 Telephone
(310) 312-4224 Facsimile

Attorneys for Defendants SONY MUSIC ENTERTAINMENT INC., including its divisions EPIC RECORDS and LEGACY RECORDS, and JIM STEINMAN

FILED
CLERK, U.S. DISTRICT COURT
OCT - 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRUCE KULICK, an individual; BOB KULICK, an individual; KARLA DEVITO, an individual; RORY DODD, an individual; STEVE BUSLOWE, an individual; JOE STEFKO, an individual; and PAUL GLANZ, an individual,

   Plaintiffs,

v.

SONY MUSIC ENTERTAINMENT, INC., a Delaware corporation; EPIC RECORDS, INC., a New York corporation; LEGACY RECORDS, INC., a California corporation; THE POPOVICH MUSIC GROUP, LTD., an Ohio limited liability company d/b/a CLEVELAND INTERNATIONAL RECORDS; MARVIN LEE ADAY p/k/a MEAT LOAF, an individual; JIM STEINMAN, an individual, and DOES 1 through 10,

   Defendants.

CASE NO. 03-0768 (WMB)(FMOx)

*EX PARTE* APPLICATION AND ORDER ALLOWING DEFENDANTS SONY MUSIC ENTERTAINMENT, INC. AND JIM STEINMAN TO FILE A SUPPLEMENTAL BRIEF

Date:  October 13, 2004
Time:  10:00 a.m.
Judge: Hon. Fernando M. Olguin

Trial Date:       January 28, 2005
Pre-Trial Conf.:  January 18, 2005
Discovery Cut-off: TBD

DOCKETED ON CM
OCT - 4 2004
BY _____ 053

TO BRUCE KULICK, BOB KULICK, KARLA DEVITO, RORY DODD, STEVE BUSLOWE, JOE STEFKO, PAUL GLANZ AND THEIR ATTORNEY OF RECORD:

Defendants Sony Music Entertainment Inc. ("Sony Music") and Jim Steinman ("Mr. Steinman"), by their attorneys, Manatt, Phelps & Phillips, LLP, hereby applies to the Court *ex parte* for an Order allowing them to file their Supplemental Brief in Support of Their Motion to Compel one day after the filing deadline. This application is necessary because, due to a calendaring error of counsel, Defendants failed to meet the filing deadline generated by Local Rule 37-2.3. Acceptance of Defendants' brief will not affect oral argument, which is currently scheduled for the Court's calendar on October 13, 2004, or prejudice Plaintiffs. However, denial of the request will prevent Defendants from submitting a written response to clarify the erroneous representations of fact and law set forth in Plaintiffs' portion of the parties' joint stipulation. This application is based on the attached Declaration of Beverly R. Frank, filed concurrently herewith.

Pursuant to Local Rule 7-19, the undersigned counsel contacted Plaintiffs' counsel in the morning on September 30, 2004 to seek Plaintiffs' consent to file the Supplemental Brief one day after the filing deadline. The undersigned counsel explained that Defendants missed the deadline due to counsel's error and informed Plaintiffs' counsel that Defendants would prepare an *ex parte* application if Plaintiffs would not consent. Plaintiffs refused to consent and oppose this request. Plaintiffs contend they will be prejudiced by the filing because, they claim our Supplemental Brief responds to issues raised in their Supplemental Brief. This is incorrect; our Supplemental Brief addresses issues raised in Plaintiffs' portion of the parties' joint stipulation and discusses no new issues raised in Plaintiffs' Supplemental Brief.

Based on the foregoing, Defendants respectfully request that the Court grant their *ex parte* application and issue an Order permitting them to file their Supplemental Brief in support of their motion to compel responses to interrogatories, the production of documents and for sanctions. In the event the Court would like to hear counsel on this application, Defendants request that such hearing be held on October 13, 2004, at the same time the Court will hear counsel on Defendants' motion to compel.

| | |
|---|---|
| Dated: September 30, 2004 | MANATT, PHELPS & PHILLIPS, LLP<br><br>By: _____<br>BEVERLY R. FRANK<br><br>Attorneys for Defendant Sony Music Entertainment Inc. and Jim Steinman |

ORDER

Having considered defendant Sony Music Entertainment Inc.'s and Jim Steinman's *ex parte* application for an Order allowing them to file their Supplement Brief in support of their motion to compel responses to interrogatories, for the production of documents and for sanctions, dated September 22, 2004, and finding good cause therefor,

IT IS HEREBY ORDERED that Defendants Sony Music Entertainment, Inc. and Jim Steinman be allowed to file their Supplement Brief in further support of their motion to compel responses to interrogatories, for the production of documents and for sanctions, dated September 22, 2004.

By: _____
The Honorable Fernando M. Olguin

Date: 10\4\04

40798287.2

-4-
**EX PARTE APPLICATION**

# PROOF OF SERVICE

I, Kelly L. Ayers, declare:

I am a resident of the State of California, over the age of eighteen, and not a party to the within action. My business address is 11355 West Olympic Boulevard, Los Angeles, CA 90064-1614. On **September 30, 2004**, I served the foregoing document:

***EX PARTE* APPLICATION AND ORDER ALLOWING DEFENDANTS SONY MUSIC ENTERTAINMENT, INC. AND JIM STEINMAN TO FILE A SUPPLEMENTAL BRIEF**

[x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 312-4224, the transmission was reported as complete and without error, and a true copy of the transmission report was properly issued by the transmitting facsimile machine.

[ ] by placing a true copy of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

Surjit P. Soni, Esq.
M. Danton Richardson, Esq.
The Soni Law Firm
55 South Lake Avenue, Suite 720
Pasadena, CA 91101
Facsimile: (626) 683-1199

I am readily familiar with Manatt, Phelps & Phillips, LLP's practice of collection and processing correspondence for mailing. Under that practice mail would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of an attorney admitted to the Bar of (or permitted to practice before) this Court under whose direction this service was made.

Executed on September 30, 2004 at Los Angeles, California.

_____
Kelly Ayers

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

40798368.1

PROOF OF SERVICE